# Proposed Report of Distribution FILED

Case: 08-50593  KREMER, WILLIAM P, III

Report Includes ONLY Claims with a Proposed Distribution

2009 DEC 21 PM 2: 12

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| Case Balance: | $15,200.67 | Total Proposed Payment: | $15,200.67 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | KATHRYN A. BELFANCE | Admin Ch. 7 | 2,857.00 | 2,857.00 | 0.00 | 2,857.00 | 2,857.00 | 12,343.67 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 121.88 | 121.88 | 0.00 | 121.88 | 121.88 | 12,221.79 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 2,300.07 | 2,300.07 | 0.00 | 2,300.07 | 2,300.07 | 9,921.72 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 9,671.72 |
| | <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | Claim Memo: ADV. NO. 08-5133 | | | | | | | |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **5,528.95** | **5,528.95** | **0.00** | **5,528.95** | **5,528.95** | |
| 19 | BRIAN & VALERIE MCQUAIN | Priority | 2,425.00 | 2,425.00 | 0.00 | 2,425.00 | 2,425.00 | 7,246.72 |
| | Claim Memo: CLAIM REVIEWED - SCHEDULED AMOUNT UNKNOWN | | | | | | | |
| **SUBTOTAL FOR PRIORITY** | | | **2,425.00** | **2,425.00** | **0.00** | **2,425.00** | **2,425.00** | |
| 1 | CAPITAL RECOVERY ONE | Unsecured | 65.43 | 65.43 | 0.00 | 65.43 | 2.50 | 7,244.22 |
| | Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | | | | | | | |
| 2 | CAPITAL RECOVERY II | Unsecured | 4,492.04 | 4,492.04 | 0.00 | 4,492.04 | 171.65 | 7,072.57 |
| | Claim Memo: REVIEWED CLAIM. APPEARS DEBT TRANSFERRED FROM GE MONEY BANK. | | | | | | | |
| 3 | MODERN BUILDERS SUPPLY | Unsecured | 29,813.04 | 29,813.04 | 0.00 | 29,813.04 | 1,139.25 | 5,933.32 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 4 | MIDLAND CREDIT MANAGEMENT, INC. | Unsecured | 13,052.78 | 13,052.78 | 0.00 | 13,052.78 | 498.79 | 5,434.53 |
| | Claim Memo: REVIEWED CLAIM. APPEARS DEBT TRANSFERRED FROM BANK OF AMERICA. | | | | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 7,896.83 | 7,896.83 | 0.00 | 7,896.83 | 301.76 | 5,132.77 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 7 | CHASE BANK USA | Unsecured | 20,734.50 | 20,734.50 | 0.00 | 20,734.50 | 792.33 | 4,340.44 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 8 | CHASE BANK USA | Unsecured | 6,798.96 | 6,798.96 | 0.00 | 6,798.96 | 259.81 | 4,080.63 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 9 | CHASE BANK USA | Unsecured | 27,563.67 | 27,563.67 | 0.00 | 27,563.67 | 1,053.29 | 3,027.34 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 10 | CITIBANK (SOUTH DAKOTA) N.A. | Unsecured | 10,203.45 | 10,203.45 | 0.00 | 10,203.45 | 389.90 | 2,637.44 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |

$5.37 #120
Check #81148
Receipt #81148

# Proposed Report of Distribution

### Case: 08-50593  KREMER, WILLIAM P., III

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $15,200.67        **Total Proposed Payment:** $15,200.67        **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 | TRI STATE PUMP | Unsecured | 49,733.40 | 49,733.40 | 0.00 | 49,733.40 | 1,900.46 | 736.98 |
|    | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 12 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS | Unsecured | 1,925.77 | 1,925.77 | 0.00 | 1,925.77 | 73.59 | 663.39 |
|    | Claim Memo: REVIEWED CLAIM. APPEARS DEBT TRANSFERRED FROM HOME DEPOT. | | | | | | | |
| 15 | FIRSTMERIT BANK NA | Unsecured | 17,125.42 | 17,125.42 | 0.00 | 17,125.42 | 654.41 | 8.98 |
|    | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 16 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsecured | 159.93 | 159.93 | 0.00 | 159.93 | 6.11 | 2.87 |
|    | Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | | | | | | | |
| 19A | BRIAN & VALERIE MCQUAIN | Unsecured | 75.00 | 75.00 | 0.00 | 75.00 | 2.87 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **189,640.22** | **189,640.22** | **0.00** | **189,640.22** | **7,246.72** | |
| | **Total for Case 08-50593 :** | | **$197,594.17** | **$197,594.17** | **$0.00** | **$197,594.17** | **$15,200.67** | |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $5,528.95 | $5,528.95 | $0.00 | $5,528.95 | 100.000000% |
| Total Priority Claims : | $2,425.00 | $2,425.00 | $0.00 | $2,425.00 | 100.000000% |
| Total Unsecured Claims : | $189,640.22 | $189,640.22 | $0.00 | $7,246.72 | 3.821299% |